IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE LINDA MERRITT<br><br>*Debtor* | CHAPTER 13<br>CASE NO. 11-18134 |
| LINDA MERRITT<br><br>*Appellant*<br><br>v.<br><br>PNC Bank, National Association,<br><br>*Appellee* | CIVIL ACTION<br>NO. 15-04937 |

## ORDER

**AND NOW**, this 15th day of March, 2016, upon consideration of the Bankruptcy Court's Order Denying Motion for Reconsideration dated August 18, 2015, Appellant Linda Merritt's ("Merritt") Brief (ECF No. 4), Appellee PNC Bank, National Association's Response (ECF No. 8), Merritt's Reply (ECF No. 10), and oral argument on February 19, 2016 (ECF No. 16), it is hereby **ORDERED** that the Bankruptcy Court's August 18, 2015 Order is **AFFIRMED**. The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1